AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ambro, Thomas L. | U.S. Court of Appeals, 3rd Cir | 05/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Courthouse <br> 844 King Street, Lock Box 32 <br> Wilmington, DE 19801 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Thomas L. Ambro Revocable Trust |
| 2. | Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. | President | Richard S. Rodney Inn of Court |
| 4. | Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 5. | Member | Board of Editors, Delaware Lawyer |
| 6. | Member | Board of Editors, Delaware Law Review |
| 7. | Member | Board of Trustees of the American Inns of Court Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Ambro, Thomas L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | State of Delaware - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | May 8-9, 2010 | Washington, DC | Standing Committee on Fed Judicial Improvements | Transportation |
| 2. | American Bar Association | May 11, 2010 | New York City, NY | Working Group on Legal Opinions | Transportation |
| 3. | American Bar Association | Oct 18-20, 2010 | New York City, NY | Working Group on Legal Opinions | Transportation |
| 4. | Bringham Yound University | Nov 4-6, 2010 | Provo, UT | Moot Court Competition | Transportation, Lodging & Meals |
| 5. | American Bar Association | Nov 14, 2010 | Philadelphia, PA | Standing Committee on Fed Judicial Improvements | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

| 6. | Harvard Law School & Kauffman Foundation | Dec 7-8, 2010 | Cambridge, MA | Financial Restructuring Roundtable | Transportation, Lodging & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Commerce Bank, N.A., now known as TD Bank | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 224) | P1 |
| 2. | Commerce Bank, N.A., now known as TD Bank | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 224) | P1 |
| 3. | Commerce Bank, N.A., now known as TD Bank | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 224) | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wilmington Trust Account | A | Interest | K | T | | | | | |
| 2. Wilmington Trust Account | A | Interest | J | T | | | | | |
| 3. Wilmington Tax Exempt Investor | | None | J | T | | | | | |
| 4. Delaware State Bond 6.1% | | None | K | T | | | | | |
| 5. Trust Account #6 | C | Dividend | M | T | | | | | |
| 6. - Evergreen Municipal Money Market FD (cash equivalent) | | | | | Closed | 07/12/10 | J | | |
| 7. - Centerpoint Energy Inc | | | | | | | | | |
| 8. - Harris Assoc Oakmark I | | | | | Sold (part) | 10/19/10 | L | D | |
| 9. - Southwest Water Co | | | | | Sold | 09/14/10 | K | | |
| 10. - Oppenheimer Limited Term Municipal FD CL C | | | | | Buy | 03/03/10 | L | | |
| 11. - WF Advantage Municipal Money Market | | | | | Open | 07/12/10 | K | | |
| 12. Trust Account #7 | E | Int./Div. | P1 | T | | | | | |
| 13. - Fairholme Fund | | | | | Sold (part) | 02/26/10 | K | C | |
| 14. - CGM Focus Fund | | | | | Sold (part) | 02/26/10 | K | | |
| 15. | | | | | Sold | 06/17/10 | J | | |
| 16. - Duke Energy Corp | | | | | | | | | |
| 17. - Microsoft Corp | | | | | Buy (add'l) | 06/15/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Artio Global INVT FDS Intl Equity FD II | | | | | Sold (part) | 02/26/10 | J | | |
| 19. | | | | | Sold (part) | 06/16/10 | J | | |
| 20. | | | | | Sold | 12/13/10 | K | | |
| 21. - The Southern Company | | | | | | | | | |
| 22. - Federated Strategic Value Fund | | | | | Sold (part) | 02/26/10 | J | | |
| 23. | | | | | Sold (part) | 06/16/10 | J | | |
| 24. | | | | | Sold | 12/13/10 | K | | |
| 25. - WSFS Financial Corp | | | | | | | | | |
| 26. - Harris Assoc INVT TR Oakmark Equity & Income FD | | | | | Sold (part) | 02/26/10 | K | D | |
| 27. | | | | | Sold (part) | 06/16/10 | K | C | |
| 28. - Harris Assoc INVT TR Oakmark Global Select FD | | | | | Sold (part) | 02/26/10 | K | | |
| 29. | | | | | Sold (part) | 06/16/10 | J | A | |
| 30. - Nuveen Tradewinds Global All Cap FD | | | | | Sold (part) | 02/26/10 | K | D | |
| 31. | | | | | Buy (add'l) | 12/30/10 | K | | |
| 32. - Oppenheimer Limited Term Municipal Fund | | | | | Buy (add'l) | 01/27/10 | J | | |
| 33. | | | | | Buy (add'l) | 02/24/10 | J | | |
| 34. | | | | | Buy (add'l) | 03/03/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 36. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 37. | | | | | Buy (add'l) | 05/26/10 | J | | |
| 38. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 39. | | | | | Buy (add'l) | 07/28/10 | J | | |
| 40. | | | | | Buy (add'l) | 08/25/10 | J | | |
| 41. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 42. | | | | | Buy (add'l) | 10/27/10 | J | | |
| 43. | | | | | Sold (part) | 10/27/10 | J | A | |
| 44. | | | | | Buy (add'l) | 11/02/10 | M | | |
| 45. | | | | | Sold (part) | 12/30/10 | O | | |
| 46. - Oppenheimer Funds Rochester Natl Muni CL A | | | | | Buy (add'l) | 01/27/10 | J | | |
| 47. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 48. | | | | | Buy (add'l) | 04/22/10 | K | | |
| 49. | | | | | Buy (add'l) | 05/26/10 | J | | |
| 50. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 51. | | | | | Buy (add'l) | 06/29/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 07/28/10 | J | | |
| 53. | | | | | Buy (add'l) | 08/25/10 | J | | |
| 54. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 55. | | | | | Buy (add'l) | 10/27/10 | J | | |
| 56. | | | | | Sold | 11/02/10 | M | D | |
| 57. - Dodge & Cox FDS Intl FD | | | | | Buy | 12/20/10 | K | | |
| 58. | | | | | Buy (add'l) | 12/30/10 | K | | |
| 59. - Matthews Intl FD Asian Growth & Income FD | | | | | Buy | 12/21/10 | K | | |
| 60. | | | | | Buy (add'l) | 12/30/10 | K | | |
| 61. - Nuveen All American Municipal BD FD Instl | | | | | Buy | 12/30/10 | L | | |
| 62. - WHV International Equity FD CL 1 | | | | | Buy | 12/30/10 | M | | |
| 63. - Vanguard Municipal Bond Fund High Yield | | | | | Buy | 12/31/10 | L | | |
| 64. - Harris Assoc Invt TR Oakmark Global FD CL 1 | | | | | Buy | 01/04/10 | J | | |
| 65. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 66. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 67. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 68. | | | | | Buy (add'l) | 05/03/10 | J | | |

1. Income Gain Codes:         A =$1,000 or less         B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000   O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment              T =Cash Market
   (See Column C2)             U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 70. | | | | | Sold (part) | 06/16/10 | J | | |
| 71. | | | | | Sold | 08/23/10 | J | | |
| 72. IRA Account #1 | D | Dividend | N | T | | | | | |
| 73. - Oakmark Fund Class I | | | | | | | | | |
| 74. - Dodge & Cox Intl Stock Fund | | | | | Sold (part) | 02/26/10 | J | | |
| 75. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 76. | | | | | Sold (part) | 06/17/10 | J | | |
| 77. | | | | | Sold (part) | 08/23/10 | J | | |
| 78. | | | | | Sold (part) | 12/13/10 | J | A | |
| 79. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 80. - Fairholme Fund | | | | | Sold (part) | 08/07/10 | J | C | |
| 81. | | | | | Buy (add'l) | 08/04/10 | J | | |
| 82. - Federated Strategic Value Fund | | | | | Sold (part) | 02/26/10 | J | | |
| 83. | | | | | Buy (add'l) | 08/24/10 | J | | |
| 84. | | | | | Sold | 12/13/10 | K | A | |
| 85. - Harris Assoc Invt TR Oakmark Equity & Income | | | | | Sold (part) | 02/26/10 | K | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000.000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/17/10 | J | A | |
| 87. | | | | | Sold (part) | 12/22/10 | K | C | |
| 88.   - Artio Global INVT FDS Intl Equity FD II | | | | | Sold (part) | 02/26/10 | J | | |
| 89. | | | | | Sold (part) | 06/17/10 | J | | |
| 90. | | | | | Sold | 12/13/10 | J | | |
| 91.   - Kinetics Mutual Funds Inc Paradigm FD | | | | | Sold (part) | 02/26/10 | J | | |
| 92. | | | | | Sold (part) | 06/17/10 | J | | |
| 93. | | | | | Sold | 08/03/10 | J | | |
| 94.   - Harris Assoc INVT TR Oakmark Global Select FD | | | | | Sold (part) | 02/26/10 | J | C | |
| 95. | | | | | Sold (part) | 06/17/10 | J | B | |
| 96. | | | | | Sold | 12/13/10 | K | D | |
| 97.   - Pimco Unconstrained BD Fund CL Institutional | | | | | Buy (add'l) | 03/03/10 | J | | |
| 98. | | | | | Sold (part) | 10/27/10 | K | A | |
| 99. | | | | | Buy (add'l) | 12/31/10 | K | | |
| 100.  - TCW FDS Inc Total Return BD FD | | | | | Sold | 01/13/10 | K | A | |
| 101.  - Templeton Global Total Return FD | | | | | Sold | 04/30/10 | K | B | |
| 102.  - JP Morgan TR Strategic Income Oppty SEL CL | | | | | Buy | 01/14/10 | K | | |

1. Income Gain Codes:         A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 104. - Loomis Sayles FDS I Bond Fund Retail Class | | | | | Buy | 12/31/10 | K | | |
| 105. - Matthews Intl FD Asian Growth & Income FD | | | | | Buy | 12/21/10 | J | | |
| 106. - Nuveen Tradewinds Global All Cap FD | | | | | Buy | 12/17/10 | J | | |
| 107. - WHV International Equity FD CL I | | | | | Buy | 12/17/10 | J | | |
| 108. - Pimco FDS Emerging Local BD FD CL P | | | | | Buy | 12/31/10 | J | | |
| 109. - Pimco Global Multi Asset FD | | | | | Buy | 03/03/10 | J | | |
| 110. | | | | | Buy (add'l) | 06/28/10 | K | | |
| 111. | | | | | Buy (add'l) | 10/27/10 | K | | |
| 112. - Templeton Income TR Global Total Return FD | | | | | Buy | 05/03/10 | K | | |
| 113. | | | | | Sold (part) | 12/31/10 | K | A | |
| 114. - Vanguard Inflation Protected Securities Fund | | | | | Buy | 12/31/10 | J | | |
| 115. - Gabelli Gold Natural Resources | | | | | Buy | 06/18/10 | K | | |
| 116. IRA Account #2 | F | Int./Div. | P1 | T | | | | | |
| 117. - Dominion Res Inc VA New | | | | | | | | | |
| 118. - Teco Energy Inc | | | | | Sold | 08/09/10 | K | | |
| 119. - Centerpoint Energy Inc | | | | | | | | | |

1. Income Gain Codes:         A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)            U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Dodge & Cox Intl Stock Fund | | | | | Sold (part) | 02/26/10 | L | | |
| 121. | | | | | Sold (part) | 06/17/10 | K | | |
| 122. | | | | | Sold | 08/23/10 | L | | |
| 123. - Fairholme Fund | | | | | Sold (part) | 02/26/10 | L | E | |
| 124. | | | | | Buy (add'l) | 08/04/10 | L | | |
| 125. - Devon Energy Corp New | | | | | | | | | |
| 126. - Exxon Mobil Corp | | | | | | | | | |
| 127. - Dodge & Cox Global Stock Fund | | | | | Sold (part) | 02/26/10 | K | | |
| 128. | | | | | Sold (part) | 04/27/10 | K | | |
| 129. | | | | | Sold (part) | 06/17/10 | J | C | |
| 130. | | | | | Buy (add'l) | 12/20/10 | L | | |
| 131. | | | | | Sold (part) | 12/13/10 | K | E | |
| 132. | | | | | Buy (add'l) | 12/31/10 | K | | |
| 133. - Harris Assoc Invt TR Oakmark Global Select Fund | | | | | Sold (part) | 02/26/10 | K | D | |
| 134. | | | | | Sold (part) | 06/17/10 | K | D | |
| 135. | | | | | Sold | 12/13/10 | L | E | |
| 136. - Harris Assoc Invt TR Oakmark Equity & Income Fund | | | | | Sold (part) | 02/26/10 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/17/10 | K | D | |
| 138. | | | | | Sold (part) | 12/22/10 | M | E | |
| 139.  - Artio Global INVT FDS Intl Equity FD II | | | | | Sold (part) | 02/26/10 | K | | |
| 140. | | | | | Sold (part) | 06/17/10 | J | | |
| 141. | | | | | Sold | 12/13/10 | K | | |
| 142.  - Kinetics Mutual FDS Inc Paradigm FD | | | | | Sold (part) | 02/26/10 | K | C | |
| 143. | | | | | Sold (part) | 06/17/10 | K | D | |
| 144. | | | | | Sold | 08/03/10 | L | E | |
| 145.  - Market Vector Gold Miners GDX | | | | | | | | | |
| 146.  - Pimco Unconstrained Bd Fund CL Institutional | | | | | Buy (add'l) | 03/03/10 | L | | |
| 147. | | | | | Sold | 10/27/10 | M | C | |
| 148.  - WHV International Equity FD CL | | | | | Sold (part) | 02/26/10 | L | D | |
| 149. | | | | | Sold (part) | 06/17/10 | K | B | |
| 150.  - TCW FDS Inc Total Return BD FD | | | | | Sold | 01/13/10 | M | A | |
| 151.  - Templeton Global Total Return FD | | | | | Sold (part) | 04/08/10 | K | B | |
| 152. | | | | | Sold | 04/30/10 | N | E | |
| 153.  - Templeton Funds Income TR GLB BD Advisor | | | | | Sold | 02/01/10 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. - Vanguard Inflation Protected Securities FD | | | | | Buy (add'l) | 12/31/10 | L | | |
| 155. - Intel Corp Intc | | | | | Buy | 08/09/10 | K | | |
| 156. - Fairholme Funds Inc Focused Income Fund | | | | | Buy | 04/08/10 | K | | |
| 157. | | | | | Buy (add'l) | 12/31/10 | L | | |
| 158. - JP Morgan TR Strategic Income Oppty SEL CL | | | | | Buy | 01/14/10 | M | | |
| 159. | | | | | Buy (add'l) | 03/03/10 | L | | |
| 160. - Loomis Sayles FDS I Bond Fund Retail Class | | | | | Buy | 12/30/10 | M | | |
| 161. - Matthews Intl FD Asian Growth & Income FD | | | | | Buy | 12/21/10 | L | | |
| 162. | | | | | Buy (add'l) | 12/31/10 | K | | |
| 163. - Nuveen Tradewinds Global All Cap FD Instl Sh | | | | | Buy | 12/17/10 | L | | |
| 164. | | | | | Buy (add'l) | 12/31/10 | L | | |
| 165. - Pimco FDS Emerging Local BD FD | | | | | Buy | 12/31/10 | M | | |
| 166. - Pimco Global Multi Asset FD | | | | | Buy | 03/03/10 | L | | |
| 167. | | | | | Buy (add'l) | 06/28/10 | M | | |
| 168. | | | | | Buy (add'l) | 10/27/10 | M | | |
| 169. - Templeton Income TR Global Total Return FD | | | | | Buy | 05/03/10 | N | | |
| 170. | | | | | Sold (part) | 12/31/10 | M | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - Gabelli Gold Natural Resources | | | | | Buy | 06/18/10 | K | | |
| 172. - Vanguard Whitehall FDS Intl Explorer FD Invs | | | | | Buy | 04/28/10 | K | | |
| 173. | | | | | Sold (part) | 06/18/10 | J | | |
| 174. | | | | | Sold | 12/14/10 | K | D | |
| 175. - Dodge & Cox Income FD | | | | | Buy | 03/03/10 | L | | |
| 176. | | | | | Buy (add'l) | 03/30/10 | J | | |
| 177. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 178. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 179. | | | | | Sold | 12/13/10 | L | B | |
| 180. -Federated Strategic Value Dividend Fund Inst | | | | | Buy | 08/24/10 | L | | |
| 181. | | | | | Sold | 12/13/10 | L | D | |
| 182. Trust Account #12 | E | Int./Div. | O | T | | | | | |
| 183. - Fairholme Fund | | | | | Sold (part) | 02/26/10 | K | E | |
| 184. | | | | | Buy (add'l) | 08/04/10 | K | | |
| 185. - CGM Focus Fund | | | | | Sold (part) | 02/26/10 | J | | |
| 186. | | | | | Sold (part) | 06/17/10 | J | | |
| 187. - Dodge & Cox Intl Stock Fund | | | | | Sold (part) | 02/26/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold (part) | 06/16/10 | J | | |
| 189. | | | | | Sold | 08/23/10 | K | | |
| 190. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 191.  - Cisco Systems Inc | | | | | | | | | |
| 192.  - Johnson & Johnson | | | | | | | | | |
| 193.  - Artio Global INVT FDS Intl Equity FD II | | | | | Sold (part) | 02/26/10 | J | | |
| 194. | | | | | Sold (part) | 06/16/10 | J | | |
| 195. | | | | | Sold | 12/13/10 | K | | |
| 196.  - Kinetics Mutual FDS Inc Paradigm FD | | | | | Buy (add'l) | 01/04/10 | J | | |
| 197. | | | | | Sold (part) | 02/26/10 | J | B | |
| 198. | | | | | Sold (part) | 06/16/10 | J | A | |
| 199. | | | | | Sold | 08/03/10 | K | C | |
| 200.  - Cadence Design Systems Inc | | | | | Donated (part) | | | | |
| 201.  - Microsoft Corp | | | | | Buy (add'l) | 06/15/10 | J | | |
| 202.  - Oracle Corp | | | | | | | | | |
| 203.  - Range Resources Corp | | | | | | | | | |
| 204.  - Harris Assoc INVT TR Oakmark Global Seletct FD | | | | | Sold (part) | 02/26/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 06/16/10 | J | A | |
| 206. - Harris Assoc INVT TR Oakmark Equity & Income FD | | | | | Sold (part) | 02/26/10 | K | D | |
| 207. | | | | | Sold (part) | 06/16/10 | J | C | |
| 208. - Oppenheimer Funds Rochester Natl Mun CL A | | | | | Buy (add'l) | 11/02/10 | K | | |
| 209. | | | | | Sold | 11/02/10 | L | D | |
| 210. - WHV International Equity FD | | | | | Sold (part) | 02/26/10 | J | B | |
| 211. | | | | | Sold (part) | 06/16/10 | J | A | |
| 212. - Oppenheimer Limited Term Municipal Fund Class A | | | | | Buy (add'l) | 03/03/10 | M | | |
| 213. | | | | | Sold (part) | 10/14/10 | K | A | |
| 214. | | | | | Buy (add'l) | 11/02/10 | L | | |
| 215. | | | | | Sold (part) | 12/30/10 | L | | |
| 216. - Federated Strategic Value Dividend Fund Inst | | | | | Buy | 08/24/10 | K | | |
| 217. | | | | | Sold | 12/13/10 | K | B | |
| 218. - Wilmington Trust Corp | . | | | | Buy | 10/07/10 | K | | |
| 219. | | | | | Sold | 06/17/10 | J | | |
| 220. - Matthews Intl FD Asian Growth & Income FD | | | | | Buy | 12/21/10 | J | | |
| 221. - Nuveen All American Municipal BD FD | | | | | Buy | 12/31/10 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - Nuveen Tradewinds Global All-Cap FD Instl Sh | | | | | Buy | 12/22/10 | K | | |
| 223. - Vanguard Municipal Bond Fund High Yield Port | | | | | Buy | 12/31/10 | K | | |
| 224. Springside, LLC (2000 - $300,000) | | None | P1 | W | | | | | |
| 225. Legg Mason Opportunity Trust | | None | | | Sold | 03/03/10 | K | | |
| 226. Middletown Professional Properties, LLC, (2004 - $80,925) | E | Rent | L | R | | | | | |
| 227. Schneider Value Fund | | None | | | Sold | 03/17/10 | L | | |
| 228. Trust #13 | A | Int./Div. | | | Closed | 04/20/10 | J | | |
| 229. - Federated Municipal Ultrashort Fund Institutional Class | | | | | Sold (part) | 02/01/10 | J | A | |
| 230. | | | | | Sold (part) | 03/16/10 | K | A | |
| 231. | | | | | Sold | 04/20/10 | K | A | |
| 232. Trust #14 | E | Int./Div. | N | T | | | | | |
| 233. - Du Page Cook & Will Cntys IL Bond | | | | | | | | | |
| 234. - Rhode Island St Economic DV Corp RV Grant | | | | | | | | | |
| 235. - Oaklahoma Cnty Ok Indpt Sch Dist No 89 | | | | | | | | | |
| 236. - Milwaukee WI Corp Purp B1 G/O Unltd | | | | | | | | | |
| 237. - University TX Univ Revs Rfdg Fing Sys | | | | | Buy (add'l) | 03/25/10 | L | | |
| 238. | | | | | Sold (part) | 03/25/10 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B=$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Gwinnett Cnty GA Sch Dist G/O | | | | | | | | | |
| 240. - Tennessee ST Ser A G/O | | | | | | | | | |
| 241. - Maryland St St & Loc FACS LN 2nd Ser G/O | | | | | | | | | |
| 242. - Cherokee Cnty GA Sch Sys G/O | | | | | | | | | |
| 243. - Illinois St Toll Hwy Auth Rev SR Priority | | | | | | | | | |
| 244. - New York St Environmental Facs Corp St | | | | | | | | | |
| 245. - Arizona Brd Regents Univ AZ Sys Rev Ser A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 226, has rental income from property located in Middletown, DE. This asset was purchased in 2004 for $80,925.

Asset listed in Part VII, Line 71 of prior year report, should not have been listed as a part sale. The asset was completely sold in 2010.

Asset listed in Part VII, Line 126 - changed from XTO Energy Inc to Exxon Mobil Corp

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regnlations.

Signature: s/ **Thomas L. Ambro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544